## HANAUER ET AL. v. ELKINS, PRESIDENT OF THE UNIVERSITY OF MARYLAND, ET AL.

No. 580.   Decided February 24, 1959.

*O. E. Stone* and *Robert B. Myers* for appellants.

*C. Ferdinand Sybert,* Attorney General of Maryland, and *Clayton A. Dietrich,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. *Hamilton* v. *Regents of the University of California et al.,* 293 U. S. 245.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.

## WEBB v. OHIO.

No. 427, Misc.   Decided February 24, 1959.

Appellant *pro se.*

*Mathias H. Heck* for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.